# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

146860

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

RICHARD W. REMSING,
        Plaintiff-Appellant,

v

SC: 146860
COA: 309361
Ingham CC: 09-001638-CZ

CITY OF LANSING, DOMENIC FUCCIOLO,
MURDOCK JEMERSON, PAUL DYKEMA,
BRIGHAM C. SMITH, and BILLIE O'BERRY,
        Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the February 5, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



Clerk

t0722